# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

| | |
|---|---|
| BLACKHAWK NETWORK, INC., ROBERT F. PARADISE, and MICHAEL BONACCI, | : :  DOCKET NO.: 1:23-cv-12644-TSH : |
| Plaintiffs, | : |
| v. | : |
| PATRICIA W. MYERS, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Blackhawk Network, Inc., Robert F. Paradise, and Michael Bonacci, by and through undersigned counsel, hereby give notice of their voluntary dismissal of this case without prejudice.

Defendant Patricia W. Myers has not answered or moved for summary judgment.

Respectfully submitted,

BLACKHAWK NETWORK, INC., ROBERT F. PARADISE, AND MICHAEL BONACCI,

By their attorneys,

Dated: December 18, 2023

_____
Michael M. Filbin (BBO No. 705341)
COZEN O'CONNOR
101 Arch Street, 8th Floor
Boston, MA 02110
Tel: (617) 849-5004
Fax: (646) 225-5125
mfilbin@cozen.com

LEGAL\67370778\1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Voluntary Dismissal without Prejudice to was served on all counsel of record via the Courts ECF filing system on this 18th day of December, 2023.

COZEN O'CONNOR

*/s/ Michael Filbin*

_____
Michael M. Filbin (BBO No. 705341)
COZEN O'CONNOR
101 Arch Street, 8th Floor
Boston, MA 02110
Tel: (617) 849-5004
Fax: (646) 225-5125
mfilbin@cozen.com